United States District Court
Northern District of New York

Gary Gillard

      – against –

michael Rovelli
Frank Flores
S. Shattuck
H. Foster
M. Rock
Jane Doe
Alfred Aubin and
Curtis Poirier
Correctional officer sued in their
Individual and official capacities

Verified Complaint
Jury Trial Demanded
Three Judge Court
Class Action
42 U.S.C. 1983, 1985 and
1986 Civil Complaint.

```
U.S. DISTRICT COURT – N.D. OF N.Y.
        FILED
      JUL 29 2009
AT_____O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse
```

Eric Perez 08-B-1176
Inmate sued in his Individual capacity

9:09-cw-860

Nicholas DeLuca
colin fraser
michael Hoy
  Nabozny
correctional sergeants sued in their
Individual and official capacities

1

K. H. Smith
Peter Besson
are Lieutenants sued in their
Individual and official Capacities

C. F. Kelly
is Deputy of Security sued in his
Individual and official Capacities

P. Heath
is First Deputy superintendent
sued in his Individual and
official Capacities

David Rock
superintendent sued in his
Individual and official capacities

Nurse Terry, Fisher Nesmith,
David Lindemann, J. leos,
Roberta Labrum,
Howard Silverberg,
Doctor Carandy,
Janet collins,
are medical staff sued in their
Individual and official Capacities

2

Brian McAllister
Counselor sued in his
Individual and official capacities

Richard Roy
Hollin
Inspector General staff sued in their
Individual and official capacities .

Brian fischer
Commissioner, sued in his
Individual and official Capacities

New York State Department of Correctional
Services; sued in its official and
Individual Capacities

---

## Jurisdiction

1. Plaintiff claims Federal Jurisdiction Pursuant to Article III
§ 2 which extends the jurisdiction to cases arising under
the U.S. Constitution.

2. This Court has subject matter Jurisdiction pursuant to
28 U.S.C. §§ 1331, 1339, 1943 and 1391(b)(9) and (e).

3

3. The Court has Supplemental Jurisdiction over the Plaintiff's state law Tort Claims under 28 U.S.C. §§ 1367

## Parties

4. The Plaintiff Gary Gillard, was incarcerated at Great meadow Correctional facility (Comstock) during the events described in this complaint which are ongoing.

5. Defendant Michael Rovelli, is a corrections officer employed at Great meadow Correctional facility, 11739 State Route 22, Box 51, Comstock, New York 12821 at the time of these events

6. Defendant Frank Flores, is a corrections officer employed at Great meadow Correctional facility, 11739 State Route 22, Box 51, Comstock, New York 12821 at the time of these events.

7. Defendant S. Shattuck, is a correction officer employed at Great meadow Correctional facility, 11739 State Route 22, Box 51, Comstock, New York 12821 at the time of these events.

8. Defendant K. Foster, is a correction officer employed at Great meadow Correctional facility, 11739 State Route 22 Box 51, Comstock, New York 12821 at the time of these events.

4

a. Defendant M. Roch ___, is a corrections officer employed at Great meadow Correctional facility, 11739 State Route 22, Box 51, Comstock, New York 12821 at the time of these events.

10  Defendant Jane Doe, is a corrections officer employed at Great meadow Correctional facility, 11739 State Route 22, Box 51, Comstock, New York 12821 at the time of these events

11  Defendant Alfred Aubin, is a corrections officer employed at Great meadow correctional facility, 11739 State Route 22, Box 51, Comstock, New York 12821 at the time of these events.

12  Defendant Curtis Poirier, is a corrections officer employed at Great meadow Correctional facility, 11739 State Route 22, Box 51, Comstock, New York 12821 at the time of these events.

13  Defendant Eric Perez #08-B-1176, inmate at Great meadow Correctional facility, 11739 State Rout 22 Box 51, Comstock, New York 12821 at the time of these events

5

14. Defendant Nicholas Deluca is a correction Sergeant employed at Great meadow Correctional facility, 11739 State Route 22, Box 51, Comstoch New York 12821 at the time of these events.

15. Defendant Colin fraser is a corrections Sergeant employed at Great meadow correctional facility, 11739 State Route 22, Box 51, Comstoch, New york 12821 at the time of these events.

16. Defendant Michael Hoy is a corrections sergeant employed at Great meadow Correctional facility, 11739 State Route 22, Box 51, Comstoch, New york 12821 at the time of these events.

17. Defendant Nabozny is a Corrections Sergeant employed at Great meadow Correctional facility, 11739 State Route 22, Box 51, Comstoch, New york 12821, at the time of these events.

18. Defendant K. H. Smith is a corrections Lieutenant employed at Great meadow correctional facility, 11739 State Route 22, Box 51, Comstoch, New york 12821 at the time of these events.

6

19. Defendant Peter Besson is a corrections lieutenant employed at Great Meadow Correctional facility 11739 State Route 22, Box 51, Comstock, New York 12821 at the time of these events.

20. Defendant C. F. Kelly is the Deputy of Security employed at Great Meadow Correctional facility 11734 State Route 22, Box 51, Comstock, New York 12821 at the time of these events.

21. Defendant P. Heath is the First Deputy Superintendent employed at Great Meadow Correctional facility 11739 State Route 22, Box 51, Comstock, New York 12821 at the time of these events.

22. Defendant David Rock is the Superintendent employed at Great Meadow Correctional facility 11739 State Route 22, Box 51, Comstock, New York 12821 at the time of these events.

23. Defendant Nurse terry is the nurse 2nd floor at hospital unite employed at Great Meadow Correctional facility 11739 State Route 22, Box 51, Comstock, New York 12821 at the time of these events

24  Defendant David Lindemann is a nurse employed at Great meadow correctional facility, 11739 State Route 22, Box 51 Comstock, New York 12821 at the time of these events.

25  Defendant Roberta Labrum is a nurse employed at Great meadow correctional facility, 11739 State Route 22, Box 51, Comstock, New York 12821 at the time of these events

26  Defendant J. leos is a nurse employed at Great Meadow Correctional facility, 11739 State Route 22, Box 51, Comstock, New York 12821 at the time of these events

27  Defendant Fisher Nesmith is a P.A. employed at Great meadow Correctional facility 11739 State Route 22, Box 51 Comstock New York 12821 at the time of these events.

28  Defendant Howard Silverberg is a doctor employed at Great Meadow Correctional facility 11739 State Route 22, Box 51 Comstock New York 12821 at the time of these events.

29  Defendant Doctor Carandy is a doctor employed at Great meadow correctional facility 11739 State Route 22, Box 51 Comstock New York 12821 at the time of these events

8

30  Defendant Janet Collins is a Nurse Administrator employed at Great Meadow Correctional facility 11739 State Route 22, Box 51, Comstock, New York 12821 at the time of these events.

31  Defendant Brian McAllister is a corrections counselor employed at Great Meadow Correctional facility, 11739 State Route 22, Box 51, Comstock, New York 12821 at the time of these events.

32  Defendant Richard Roy is Director of Inspector General's office employed by New York State Department of Correctional Services of Albany New York at the time of these events.

33  Defendant Hollin is Senior inspector General, employed by New York State Department of Correctional Services, Albany New York at the time of these events.

34  Defendant Brian Fischer is the Commissioner for New York State Department of Correctional Services, Albany New York at the time of these events.

35  Defendant New York State Department of Correctional Services is the Controller of All defendants employed by New York State at the time of these events.

Statement of facts
misuse of force
Denial of medical care

36. On December 24, 2008 David Rock, Philip Heath and C.F. Kelly where informed of, conspiracy to commit setup, vigilante Gang Assault and possible murder by Michael Rovelli and co-workers correctional officer.

37. On December 24 2008 David Patterson, Governor of New York State was sent a letter subject: Harassment, Retaliation, Reprisal and threats by officer Michael Rovelli, and co-workers.

38. On December 26,2008 letter was filed by Cynthia Diaz correctional facility Specialist I stating: The New York State Commission of Correction is in receipt of your correspondence which was received at our office on December 26, 2008. Please be advised that we have forwarded your complaint to the Superintendent of the Great Meadow correctional facility.

39. December 26, 2008 a letter was filed to Defendants David Rock, Philip Heath for continued Threats by Michael Rovelli,

10

40  On 1/3/09 captain Eastman, R. filed this response to the plaintiff "Inpart", "your numerous letters of complaint (12/08, 12/09, 12/10,) sent to the commissioner's office and superintendent Roch were received. In these complaints you have alleged that you have been the subject of threat, harassment and/or unprofessional conduct by staff. Additional Allegations include denial of meals, and being the subject of a false misbehavior report. You further intimate that your safety is at risk from a perceived threat of being assaulted by staff." Inpart. This pertained to Michael Rovell.

41  • On January 6, 2009 the plaintiff filed a letter to Defendant Richard Roy, subject: continue Harassment, Threats of killing my person once I am off KeePlock on January 10, 2009 and Retaliation and Reprisal to complaints. This pertained to Michael Rovell.

42  On January 8, 2009 Director of operations InspectorGeneral's office Vernon Fonda stated: we have received your letter dated 1/6/09. we are referring it to the Following office/s Identified below, for review and any action they deem appropriate. They are in the best position to handle your concerns. (marked) "facility Superintendent" who is Defendant David Roch. This plaintiff has over 600 pages of letters, complaints and Grievances all which have been disregarded by David Roch and thus Allowed the setup and beating 3 times and 1 cutting to take place against the plaintiff.

43. On February 5, 2009 Defendant Michael Rovell, state Quote "even the M.O.'s I sent are beating you up," (referring to the inmate who cut the plaintiff in the hearing room on behalf of Michael Rovell.) Then stated: Gary it's not over yet mother fucker, go tell you rat bitch mother fucker remember its not over" this was infront of all B-Block staff, A-man and Inmate's clerk and porters.

44. On February 5, 2009 about 10:30 Am upon going to the visit room defendant Michael Rovell, was in cell Hall area with numerous officer yelling: "go rat Gary you fucken rat, go tell Gary".

45. On February 11, 2009 defendant michael Rovell, came to plaintiff's cell B-3-34 and stated: "I have the power not you, I brought you back, Its not over yet and the next one will be better you piece of shit."

46. Defendant Michael Rovelli had Defendant M. Roch Assist him by using M. Roch to have all fedd up porters deny the plaintiff food porters would not feed plaintiff if M. Roch was around. this was done to starve the plaintiff and keep him weak so he could not defend him self against the Set up contract Hit.

47. On April 25, 2009 the plaintiff was in the big yard the first time out of his cell to the yard in about Two months, and the 4 time out of his cell as of April 12, 2009, while the plaintiff was talk to a few inmates Two inmates informed the Plaintiff that M Rock told Michael Rovelli the plaintiff was in the yard and today was a good day to get him.

48 As the plaintiff walked around he notice michael Rovelli following and continue to stare with hatefull eyes, the plaintiff notice Michael Rovelli goto the table where Eric Perez and other inmates where, shortly after as the plaintiff walked by that table area Eric Perez 08-B-1176 Attacked the plaintiff without worning or reason to the knowleged of plaintiff.

49. The plaintiff did Attempt to grab and hold Eric Perez who was struggking to get free, the plaintiff then threw Eric Perez over him as he fell backwards trying to get distance between the plaintiff and Perez hoping the officers would stop this Attack, which was sanctioned by the officers and michael Rovelli. The officer's Michael Rovelli did respond by forcing his knee into the head of the plaintiff stating "I told you I would get you, you just got beat by a faggot you can't fight.

13

50  Defendant Michael Rovell, told Defendant Frank Flores, Quote "Take him, into beat up Room #1, I'll be right there".

51  upon entering the Hospital the plaintiff was placed in exam Room #1, with toe's to the wall as well as face to the wall.

52  Defendant Nicholas Deluca entered the room and stated "Perez should have put 6 inches of Steal into you, you piece of Shit, but we will finish what he started".

53  Defendant Michael Rovell, entered the room and State "Gary are you crying, you can't fight, you got beat by a fagget". Then Slaming the plaintiff's face into the wall, he then grabbed the plaintiff by the back of the head and slaming his face into the wall a Second time at which time the plaintiff's lights went out and could not see for a few seconds but heard michael Rovell; State his face was bleeding as well as the plaintiffs

54  The plaintiff was then punched in the face by Nicholas Deluca and beaten to the flore by Frank Flores and S. Shattuck as blood ran no more stop from the plaintiff's 2 cats around the right eye.

14

55. The plaintiff tried to cover up into the wall to stop the blows from reaching the face but michael Rovelli grabbed the hood to the plaintiffs sweat suite and exposed the plaintiffs face to be hit by michael Rovelli and Nicholas Deluca, S. Shattuck and Frank Flores. as the plaintiff hands where cuffed behind his back at all times this beating continued for about 15-20 minutes.

56. The plaintiff was being punched in the face as michael Rovelli yelled you split my eye, at this time Colin frase, michael Hoy and h. Faster begain to ASSIST in the viligante Gang Assault by kicking the plaintiff in the back, head, buttucks, legs spine and shoulders.

57. Defendant Nicholas Deluca and S. Shattuck took over the viligante Beating and forced the plaintiff up on to his feet due to the large amount of blood all over the floor and plaintiff's clothing. The plaintiff was taken to exam Room #3 where Deluca began the second Assault, punching the plaintiff in the face, eyes, nose and jaw while S. Shattuck had the plaintiff pinned against the sink with his body as he punched the plaintiff in the ribs and back area.

15

58  Once the Blood was Cleaned up in exam Room #1, the plaintiff was returned to exam Room #1, and the third Assault began again by Nicholas Deluce and S. Shattuck by punching the plaintiff in the face which again landed the plaintiff on the floor. The plaintiff was at this point being kicked and stomped in the back leg's and ankle area, at which point Deluca told Shattuck to turn the plaintiff on his back, the plaintiff began to yell seeking some help or intervention by staff or medical personal but no one responded as Deluca continued to stomp the ribs and chest area of the plaintiff kicking the wind out of plaintiffs lung's as the plaintiff laid on the floor helpless.

59  While the beating was ongoing Fisher Nesmith opened the door to exam Room #1 and asked "are you done yet, if not take your time" then slaming the steal door into the head of the plaintiff as he laid on the floor bloody and broken up.

60  After the beating was over the plaintiff was forced to his feet and taken to exam Room #2 where J. leos did a visinal inspection of the plaintiffs Body documenting some of the injurys not saying anything or asking any question and gave no medical assistance otherthen wash the blood off the face and head of the plaintiff the alleged time was 9:43 Am which was false and corer up for beating.

16

61  Defendant Fisher Nesmith Attempted to put stiches into the plaintiffs eye area 2 cuts but the plaintiff refused this Alleged medical Assistance due to Assisted in the Assault and deliberately hit me with the steal door on the head as the plaintiff was on the floor.

62  The Plaintiff was denied all medical Attention, medical exrays, medication for Pain, review of broken ribs, broken left hand and broken ear drum.

63  Pictures where taken of the plaintiffs injuries with 2 different cameras as the visiual inspection and pictures being take where all on video the the video escorted the plaintiff to (SHU) Special Housing unit by Defendant Foster and Defendant Naborny.

64  Defendant Nicholas Delnea informed the plaintiff he better not eat the food and stated " we control everything even the inmates who make your food."

65  Defendant Brian Mcallister did see the plaintiff 2days after the beating and was informed and requested to contact the plaintiffs family as it was an emergence contact person and family due to the beating and injuryes of which Brian Mcallister stated he would have to check to see if he was allowed to make such calls.

17

66. The plaintiffs family called the prison and was transfered to Brian mcallister who refused to give emergence contact family members any information about the condiction of the plaintiff and stated the plaintiff can write them, Brian mcallister never informed the plaintiff that his family called or was concern and or to write to them.

67. The plaintiff received a misbehavior report charging plaintiff with fighting, violent conduct, refusing a Direct order and Assault on Staff all reports where typed which should Some one deliberately typed all Alleged reports to make it appear the plaintiff was the Attacker, the plaintiff was throwing closed fist punches, the plaintiff resisted officers direct order to lay on the ground and the Plaintiff Assaulted staff, this coverup was done by K. H. Smith, Peter Besson, C.F. Kelly, Foster, Flores, Shattuck, Rovelli, Hoy and Deluca on behalf of Michael Rovelli and his Revenge.

68. The plaintiff filed 3 grievances against the Assault conduct of Fisher nesmith, and conduct by J. leas all 3 grievances where filed as one complaint and given the number 47-981-09, and to date no response has been given over 3 months, confirming the continue coverup by Staff.

18

69   The Plaintiff in concern to the comments of Deluca and the food not to be eaten and being placed in 1 cell which is the first cell to get Fed the plaintiff was on a hunger strike and refused to eat any meals, on April 30, 2009 P. Heath called the plaintiff out to speak with him and informed the plaintiff he was in error and did not realize the plaintiff was not the other prisoner who he spoke to about same type of Issues such as the plaintiff was claiming in past correspondence. P. Heath requested names, information then ordered sealed hot thermal meal for plaintiff and medical review by Janet Collins.

70   The plaintiff was taken to medical unit and seen by Janet Collins who stated the left ear drum had a hole in it but should heal in time, and was given 5 ~~IBP~~ IBP for pain, the plaintiff request exrays for injuries to face, neck, back and left hand and request H.I.V. test due to cutting in February 4, 2009 Janet Collins stated the pain was from getting old She was informed the plaintiff was beaten by staff IN exam Room #1 on April 25, 2009 while medical Staff stood by and did nothing not even report it to her, exrays where denied told to put in for sick call, no relief.

19

71  On April 30, 2009 the plaintiff received 2 kosher meals for Lunch and Dinner, may 1, 2009 the meals where Stopped by some one overiding that order thus the plaintiff went back on hunger Strike.

72  On my 5, 2009 Defendant David lindeman came to the plaintiffs cell Threatening the plaintiff and demanding the plaintiff come to the gate or he will have the plaintiff Dragged to the Hospital to be forced feed, a few minutes later 4 officers and sergeant ordered the plaintiff out of his cell and Forced walked the plaintiff to medical in a Hostal threatening manner, The plaintiff was fully in compliance to all orders but staff was still Hostal and Abusive.

73  The plaintiff was force to see Defendant Howard Silverberg who has continued to file false information into plaintiffs medical fail, refuse to give medical treatment or medication for Illness. Defendant Janet Collin Came in the room upon Plaintiffs request Silverberg told her to leave she did, Silverberg ask was I going to eat the food I Stated no he said Good we get to force feed you, you will not enjoy that I assure you and walked out ordering staff to place me in Isolation Room #2.

20

74. Defendant Deluca came to Hospital room #2 and stated he hated the plaintiff and hopes he dies and he can't want to start the force feeding as he will be there two times a day to put shit down the plaintiffs throat.

75. Defendant Heath came to Hospital seeking to resolve the Hunger Strike Issue and state what ever the doctor states will be the outcome if the order's medical meal then you will get it.

76. may 7, 2009. Doctor carandy came to talk to plaintiff with Defendant terry and Deluca as well as other officers, carandy stated he would give Diet meal sealed exrays and medication for pain, Deluca told carandy that the plaintiff was in SHU and this Diet is not permitted in there carandy stated if we don't give him the meal it will only start the hunger strike all over again, once the plaintiff was back at SHU the diet was stopped by interferrence of Deluca and terry.

77. may 8, 2009 nurse terry in Retaliation stated the plaintiff refused exrays and threatened him he would be out of there that day. The plaintiff is hated because he refuses to accept the Abuse and torture by staff or eat the poisored food.

21

78  The plaintiff was finially given Sealed Diet meal
cereal, milk Juice and 1 fruit 3 times a day, but was
forced to eat it with a tube of toothpaste due to officers
refussing to give a spoon in retaliation

79  May 11, 2009 the plaintiff was returned to STTU where
he was then denied his medical Diet meal, The
Plaintiff put in for sick call and nurse stated he
would check on it, plaintiff wrote Heath no response
was received the plaintiff was told by Inspector
General to take the food even I st was not eatten and
just get out of this prison, so that's what was done.
The Plaintiff lived on water milk Suger and
sealed Items that came with different meals starving
in fear of being poisoned

80  May 13, 2009 Plaintiff was interviewed by Defendant
Hollin who was Allegedly investigating the Setup, Beating
and complaints which was not the fact at all,

81  Defendant Jane Doe was At the Hospital the day
of the incident and failed to stop, report, or Identify
any other staff Assisting in the Beating and vigilante Gang
assault against the plaintiff thus is a witness and acting
under conspiracy along with all facility staff to harm the
plaintiff.

82  Defendant New York State Department of Correctional
Services, was continuously informed by Grievances, formal
Complaints, letters and phone calls, request the plaintiff
be relocated due to his life being in Imminent danger
by Direct threats of Michael Rovelli, who lobbied to
have Staff and Inmate's Such as Nunz and
Perez Assist him in Committing the Assault and
Attacks to Allow officers to then Isolate the plaintiff
and give him a vigilante beating in Retaliation
to Complaints filed against Michael Rovelli from
December 2008 to April 2009.

Statement of facts
Cause of Action  II
Conspiracy, Deliberate Indifference,
Retaliation Reprisal and crueland unusual
Punishment.

83  On 10/20/2008 the plaintiff filed a grievance for denial
access to Such call which is run at 5:30 Am, grievance II
Gm-46982-08, grievance was denied at all levels of Appeal
stating the plaintiff has not been denied any such call.

23

84. On March 26, 2009 the plaintiff requested keep lock sick call for 1. refill of Albuterol inhalation, 2. Cough in throat due to bumps growing in throat area, 3. need medicine D, 4. face cream for rash, 5. IBuprofen and 6. nose spray, The plaintiff was seen March 27, 2008 about 7:30 am and nothing was given to the plaintiff for relief.

85. On March 29 2009 a second keep lock medical sick call request was submitted, requesting 1. Aid o-Hiv test due to being cut by inmate, 2. nose spray, 3. Cough medicine 4. Asthma pump 5 medicine D, and 6. IBP, the plaintiff again was denied all requested medical Attention and a grievance was filed Gm-47-751-09.

86. On April 8, 2009 the grievance Gm-47,751-09 was heard and stated the plaintiff was provided with tylenol and was scheduled to see a physician.

87. On April 10, 2009 the plaintiff had a call out to see Defendant Howard Silverberg the doctor and assigned care provider of the plaintiff, at which time the plaintiff was informed this was a 5 year physical and had nothing to due with the ongoing concerns of the plaintiff who was needing medical care for his throat and other Issues, due to the plaintiff not wanting to allow the 5 year alleged physical to continue he was denied all other requested care and

24

told to leave the hospital area.

88. On April 10, 2009 the plaintiff filed a grievance pertaining to the denial of requested treatment for medical concerns and issues by doctor Howard Silverberg and the Continued denial to medical treatment.

89. On April 14, 2009 the plaintiff was seen at sick call by David Lindemann, who stated, because the plaintiff refused the 5 year physical he will not receive any care and more then likely the same thing will happen the next time the plaintiff is seen by doctor Howard Silverberg, "NOTHING" will be given, be he will march the plaintiff down to see Howard Silverberg any way. David Lindemann refused to check the throat until the plaintiff requested in concern David Lindemann stated he sees nothing. Over 1 year the plaintiff can't stop hacking all day every day.

90. April 14, 2009 the Grievance was coded no 22 and titled: Refused throat treatment/Aids test, this was returned stating the plaintiff needed to sign a release, when in fact no release has been required in any other medical complaint, as this complaint was the same conduct denial to be treated and or seen for issues of concern in retaliation to complaints and Grievances.

25

91 | April 14, 2009 a letter was filed to Brandy white Grievance Supervisor requesting information on grievance appeal denied and the medical grievance being filed on this was not a grievance but was responded to by hearing.

92 | On April 16, 2009 the plaintiff submitted another sick call slip for sore throat, ear, headaches, pain in right elbow 5 years left shoulder neck, Lower back, spine and left ankle, and need for Glasses.

93 | On about April 17, 2009 the plaintiff received a response from the Superintendent's office for grievance GM-47-751-09 denial medication at sick call... It states Quote "A review of the Grievants medical records indicates that he was seen on march 27, 2009 By facility nursing staff. The nurse noted that he could not make a Good Assessment Due to the condition of the cell and Housing area. The nurse in turn scheduled the Grievant an appointment with the facility Physician so that he could complete a more thorough assessment. The facility Physician evaluated the grievant on April 10, 2009, the grievant's asthma pump was refilled on April 3, 2009 and the grievants also received tylenol for pain management of his symptoms. Based on the information indicated above, this Grievance was Granted in part by the fact that the Grievant received Adequate medical care as well as medication. Additionally, the Grievant was Afforded the opportunity to address

26

all of his medical concern's at his last Appointment".
No Tylenol was received and again the plaintiff is
run around without any relief to this very day.

94. On April 17, 2009 the plaintiff received a response
from allegedly the Nurs Administrator Janet Collins, in
response to the letter of April 10, 2009 by the plaintiff,
the response stated: "you are scheduled again for the MD.
One to increase of Ill inmates you are assigned by your
number so everyone can be seen, unquote"

95. The plaintiff did receive a callout April 24, 2009 to
see Howard Silverberg, upon entering the screening area
the plaintiff was seen by Roberta Labrum who wanted
to take vital sign's, The plaintiff asked was the vitals
necessary as they was just taken last week she replied
Quote " you want to see the Doctor right", The plaintiff
was forced to sit 20 minutes before he requested to
leave the officer refused to let the plaintiff leave as
Howard Silverberg was in a room doing nothing just to
make the plaintiff suffer.

96    Defendant Howard Silverberg finally called the plaintiff into a room exam #1 and state "so we are going to look at your throat today" The plaintiff asked what about the ears, headaches, and Hiv test, the doctor stated only the throat one thing at a time. The plaintiff objected and stated it's been over 1 year and everytime is denied the review of issue's and concern's of matters that are not getting check out ever.

97    Defendant Howard Silverberg looked into the throat of the plaintiff and stated he sees nothing the plaintiff request for him to get the stix and look in the back so Howard Silverberg without glove did take a stix out of the Jar then deli deliberately handled the stix one end to the other and requested the plaintiff to open his mouth, the plaintiff objected to this unhygienic act at which time Howard Silverberg threw the stix to the floor and said Do not come Back ever to sick call unquote.

98.    Dared Rock continuously been informed of the medical needs of the plaintiff and the deliberate black balling by medical department, he has refused to stop, correct or grant the plaintiff any medical relief and continued to file false response to all matters of concern thus causing the plaintiff to live in continued pain day and night without relief.

Conclusion

These named Defendants Acting under the color of
law Continuously deliberately, Intentionally, Knowingly
willingly, violate the constitutional rights of the plaintiff
by lobbying to have the plaintiff attacked when the
Correctional staff are to ensure all Prisoners safety,
The defendants acted maliciously and sadistically
as they beat the plaintiff while he was handcuff
behind his back, Breached their duty by unwarranted
use of force against the plaintiff who was restrained
in hand cuff behind his back, By Requesting another
Inmate to Attach the plaintiff to Justify getting the
plaintiff in a Isolated area to vigilante Gang assault
him, filing of false documents, denial medical
treatment and medical care, delibrate Indifference
to serious medical needs and the total disregard
for the letters, phonecall's, Grievances and complaints
that michael Rovelli had the plaintiff cut by inmate
on February 4, 2009, Then had all mail Disbursements
from being signed by any officer, Then had officers
deny plaintiff food while keep lock then having Eric
Perez Attach plaintiff as well have ongoing mail
stolen. This violated the constitutional Rights of the
plaintiff under the First, Eighth and Fourteenth Amendments
and cruel and unusual punishment, and equal protection
of law. of the united States Constitution

29

The basis for "Three-Judge Court"

The plaintiff has numerous cases filed of which the clerk's of the court, clerk's of Judges and Clerk's of magistrate Judes also the pro-se Attorneys all have assisted the Attorney Generals office granting all motions wither wisthant the knowledge of the Judges I do not know, but it is clear every motion by the Attorney General is Greanted no matter how wrong or if the information is encorrect the court gives the Attorney General what ever it ask for. This is done regardless of all objections and motions filed by plaintiff prisoners, due to the past conduct of this court Dismissing case's that where interfered with by correctional staff believed to be the order of Attorney General's staff, and conduct of clerk's and Judges refusing to take the claim serious has caused this plaintiff to be cut, Attached 3 time's in 3 month's and vigilante Gang Assaulted and Beaten by the same officer who has continued to threaten the plaintiff of which no one did anything to protect the plaintiff not even the courts.

This case needs proper supervision to ensure the Attorney General's office and court clerk's are not allowed to tamper or file false and or misleading information to protect state employees.

Wherefore, plaintiff request that the court grant the following reliefs

   A. Issue a declaratory judgment stating that

      1. The physical abuse of the plaintiff by defendant Eric Perez violated the plaintiffs' rights under the Eighth Amendment to the United States Constitution and constituted an assault and battery under state law

      2. The physical abuse of the plaintiff by defendants Michael Rovelli, Nicholas Dehuca, Frank Flores, S. Shattuck, K Foster, Colin Fraser and Michael Hoy violated the plaintiff's rights under the Eighth Amendment to the United States Constitution and constituted an assault and battery under state law.

   B. Issue an injunction ordering defendants David Rock, P. Heath, Brian Fischer and New York State Department of Correctional Services to:

      1. Have camera's placed in all exam rooms to ensure the hospital exam rooms are not used for Beating of inmates by correctional staff

      2. Have cameras in all Hallways and area's within First floor of Hospital to stop vigilante gang assaults by staff in Hospital area.

3 Ensure the plaintiff is not placed on the property of Great Meadow Correctional facility for no reason due to Imminent Danger by correctional Staff and the using of Inmate's to commit violent Criminal acts under contract and Sanctioned Hits ordered by correctional staff.

4. Order legal correspondence between the plaintiff and Eric Perez 08-B-1176 to ensure Perez has the right to respond to the action filed against him.

5. Order Michael Rovelli, Nicholas Deluca, S. Shattuck, and M. Roch be fired from New York State Department of Correctional Services and all Civil Servant jobs for Conspiracy, Sanctioning Contract Hits on inmates and allowing Inmate to Committ Criminal Assault and battery.

6. Order a Federal Investigation into the denial of medical care and use of medical facility unit to beat, Assault and injury inmates with the Assistance of medical personnel and staffing.

7. Order for Class Action of All inmates from April 25 2006 to April 25, 2009 whom have been a victim by Assault, beating, Cutting, for grievance filed or Complaint filed and Retaliation whom where within Great Meadow to come forward to be heard.

C. Award compensatory damages in the Following Amount:

    1. 1,000,000,00 One million dollars against Eric Perez 08-B-1176

    2. 500,000,000,00 Five Hundred million Dollars jointly and severally against all named defendants other than Eric Perez. 08-B-1176

D. Award Punitive Damage in the following amount:

    1. 100,000,00 One Hundred thousand dollars against each named defendant

### Statement of verification

I have read the above complaint and it is correct to the best of my knowledge.

*Gary Gillard*

### Three Judge Court Requested

Dated: Franklin New York
    July 11, 2009

                              *Gary Gillard*
                              Gary Gillard 01-A-1613
                              Upstate Corr. Fac.
                              P.O. Box 2001
                              Malone, New York
                                        12953