IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF NEW YORK

GARY GILLARD,

              Plaintiff,

v

ROVELLI, et al.,              Case No.     9:09-CV-0860  (NAM/TWD)

              Defendants.

-------------------------------------/   **ORDER REFERRING CASE TO PRISONER MEDIATION PROGRAM**

GARY GILLARD,

              Plaintiff,

v                                      Case No.     9:12-CV-0083  (LEK/CFH)

ROVELLI, et al.,

              Defendants.

      Plaintiff, **GARY GILLARD, DIN 01-A-1613** a New York prisoner confined at Green Haven Correctional Facility filed these pro se civil rights complaints pursuant to 42 USC § 1983.

      Good cause appearing, the instant cases shall be referred to the NYND Prisoner Mediation Program. A mediation hearing shall take place at the United States District Court, Albany NY with all interested parties and/or their representatives at 9:00am on July 17, 2014, before United States Magistrate Judge Christian F. Hummel.

      For the foregoing reasons and for good cause shown,

      1.     The cases are hereby referred to the NYND Prisoner Mediation Program.

IT IS SO ORDERED.

                                                                       Gary L. Sharpe

                                                                     Chief U.S. District Judge

Dated : June 24, 2014